UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**BRIAN A. HERNDON**                                                                                 **PLAINTIFF**

VS.                            **NO. 2:06-cv-00180-BSM**

**RICHARD B. FLOWERS, SR., D.C. (DUTCH)**                                  **DEFENDANTS**
**PARKER, RICHARD B. FLOWERS, JR.,**
**DAVID MATTSON GREGORY FLOWERS,**
**CAMPBELL FLOWERS MELTON, PLANTERS OIL MILL;**
**CLEVE E. JOHNSON, M.D., THOMAS H. BLAKE, JR., M.D.,**
**AND EDWARD R. TURNBULL, M.., TRUSTEES OF THE**
**LAUREL BONE AND JOINT CLINIC EMPLOYEES' MONEY**
**PURCHASE PENSION PLAN AND TRUST AND TRUSTEES**
**OF THE LAUREL BONE AND JOINT CLINIC EMPLOYEES'**
**RETIREMENT PLAN AND TRUST**

## AGREED ORDER SUBSTITUTING PARTY

THIS MATTER came on this date to be considered by the Court on an issue of the real party of interest raised by Answer to the Second Amended Complaint filed by Defendants Cleve E. Johnson, M.D., Thomas H. Blake, Jr., M.D., and Edward R. Turnbull, M.D., Trustees of the Laurel Bone and Joint Clinic Employees' Money Purchase Pension Plan and Trust and Trustees of the Laurel Bone and Joint Clinic Employees' Retirement Plan and Trust (Cleve E. Johnson et al, Trustees). It is represented to this Court that Edward R. Turnbull became the sole owner of the real property interest of Cleve E. Johnson et al, Trustees, by deed of conveyance dated February 12, 2004. By agreement of the parties an Order is requested substituting the real party in interest from Cleve E. Johnson, et al, Trustees, to Edward R. Turnbull. The Court finds that this proposed Agreed Order is proper.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Cleve E. Johnson et al, Trustees, be stricken as parties from this action and that Edward R. Turnbull be substituted

in lieu thereof. Further it is Ordered that the Answer of Cleve E. Johnson et al, Trustees, be accepted as the Answer of Edward R. Turnbull *Nunc Pro Tunc*.

SO ORDERED AND ADJUDGED on this the 26 of May, 2010.

_____
U. S. District Judge


Agreed and Approved:


_____
Charles B. Roscopf, Esq.
Counsel for Plaintiff, Brian A. Herndon


_____
Andrew T. Dulaney, Esq
Counsel for Defendants, Richard B. Flowers, Sr.,
D.C. (Dutch) Parker, Richard B. Flowers, Jr.,
David Mattson Gregory Flowers,
Campbell Flowers Melton, Planters Oil Mill


_____
Eugene M. Harlow, Esq.
Counsel for Cleve E. Johnson et al, Trustees,
and Edward R. Turnbull

in lieu thereof. Further it is Ordered that the Answer of Cleve E. Johnson et al, Trustees, be accepted as the Answer of Edward R. Turnbull *Nunc Pro Tunc.*

SO ORDERED AND ADJUDGED on this the 26 of May, 2010.

_____
U. S. District Judge


Agreed and Approved:


_____
Charles B. Roscopf, Esq.
Counsel for Plaintiff, Brian A. Herndon


_____
Andrew T. Dulaney, Esq.
Counsel for Defendants, Richard B. Flowers, Sr.,
D.C. (Dutch) Parker, Richard B. Flowers, Jr.,
David Mattson Gregory Flowers,
Campbell Flowers Melton, Planters Oil Mill


_____
Eugene M. Harlow, Esq.
Counsel for Cleve E. Johnson et al, Trustees,
and Edward R. Turnbull

in lieu thereof. Further it is Ordered that the Answer of Cleve E. Johnson et al, Trustees, be accepted as the Answer of Edward R. Turnbull *Nunc Pro Tunc*.

SO ORDERED AND ADJUDGED on this the 26 of May, 2010.

_____
U. S. District Judge

Agreed and Approved:

_____
Charles B. Roscopf, Esq.
Counsel for Plaintiff, Brian A. Herndon

_____
Andrew T. Dulaney, Esq
Counsel for Defendants, Richard B. Flowers, Sr.,
D.C. (Dutch) Parker, Richard B. Flowers, Jr.,
David Mattson Gregory Flowers,
Campbell Flowers Melton, Planters Oil Mill

_____
Eugene M. Harlow, Esq.
Counsel for Cleve E. Johnson et al, Trustees,
and Edward R. Turnbull